

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-12-00238-CR

Kimberly Clark **SAENZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 217th District Court, Angelina County, Texas
Trial Court No. CR28665
The Honorable Barry R. Bryan, Judge Presiding

# O R D E R

Sitting:      Catherine M. Stone, Chief Justice, (retired) not participating
Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebecca C. Martinez, Justice, dissents to the denial of the motion for en banc reconsideration without requesting a response
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The Court has considered the motion for en banc reconsideration, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court